# United States Court of Appeals
## For the First Circuit

No. 00-2305

ROBERT E. FORTINI, III,

Petitioner, Appellant,

v.

PAUL B. MURPHY,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this court issued on July 27, 2001, is amended as follows:

Page 2, paragraph 3, line 5, should read: "down to his first-floor . . . ."